HENRY BLOHM, Respondent, v. ERIC J. EVERETT, Appellant.— Plaintiff has a right to have the answer state new matter as a counterclaim separate and distinct from the same plea as a defense. The denials sought to be imported by reference to the former part of the answer were unavailing, because in confused form. If essential to complete the separate plea, and to save application of the rule *in pari delicto*, such denials can be directly made in the answer .as amended. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

VINCENT DE LUCA, Appellant, v. DOMENICO CALANDRA and Others, Respondents.— Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

ABRAHAM DEMBAR, Respondent, v. CHARLES L. BORCK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

GEORGE C. DOBBS, Appellant, v. RAYMOND D. POWELL, Respondent, and Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOSEPH ELIAS, Appellant, v. PARAGON FILMS, INC., Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. Without passing on the question whether an architect who is the agent of a corporation for the purposes of a building operation is a managing agent as the term is used in section 872 of the Code of Civil Procedure, it is enough that in this case the relations between the architect and the defendant were terminated before the action was brought. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

ROBERT J. FREEMAN, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a motion to amend the complaint, should the costs of the prior action be paid. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOHN HINCHIE, Respondent, v. ALONZO C. KASSENBROCK and ANNIE KASSENBROCK, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

IDA MAY HOFF, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, upon the ground that the verdict is against the weight of the evidence. The fact that one of the jurors, during recess, went to drive with one of plaintiff's physicians may have influenced the verdict. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

WILLIAM T. HUTCHESON, Appellant, v. WILSON & Co., Respondent.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.